IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CHRISTOPHER MERRELL McBRIDE,   )
                                             )
    Petitioner,            )
                                             )    CIVIL ACTION NO.
    v.                           )      2:11cv1010-MHT
                                             )           (WO)
                                             )
UNITED STATES OF AMERICA,   )
                                           )
    Respondent.           )

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The United States Magistrate Judge's recommendation (Doc. No. 13) is adopted.

(2) The petition for writ of habeas corpus (Doc. No. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 28th day of February, 2014.**


                                  /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**